NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**U.S. RUBBER RECYCLING, INC.,**
*Plaintiff-Appellant,*

**v.**

**ECORE INTERNATIONAL, INC.,**
*Defendant-Appellee,*

Appeal from the United States District Court for the Central District of California in case no. 09-CV-9516, Judge S. James Otero.

---

2012-1166

---

## ON MOTION

---

## O R D E R

ECORE International moves for an extension of time, until September 14, 2012, to file its response brief,

Upon consideration thereof,

It Is Ordered That:

The motion is granted. ECORE International's response brief is due on or before September 14, 2012.

FOR THE COURT

JUL 1 1 2012

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Robert C. Nissen, Esq.
Douglas Q. Hahn, Esq.
Richard Snyder, U.S. Rubber

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 1 2012

JAN HORBALY
CLERK